UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT CARLYLE,<br><br>             Plaintiff,<br><br>    v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>             Defendants. | Case No. 17-cv-04455<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

June 20, 2017

Respectfully submitted,

**DICELLO LEVITT & CASEY LLC**

By: */s/ Adam J. Levitt*
Adam J. Levitt
Daniel R. Ferri
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dlcfirm.com
dferri@dlcfirm.com

**BROWER PIVEN**
 **A Professional Corporation**
Daniel Kuznicki
475 Park Avenue South, 33rd Floor
New York, NY 10016
Tel. (212) 501-9000

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on the 20th day of June, 2017, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                           */s/ Adam J. Levitt*
                                                           Adam J. Levitt